## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.2
### Eastern Division

Frederick J Grede

                    Plaintiff,

v.                                          Case No.: 1:09–cv–05162
                                            Honorable James B. Zagel

Black River Finance LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 10, 2009:

        MINUTE entry before Honorable James B. Zagel:Motion hearing held on 12/10/2009. MOTION by Defendant Black River Finance LLC to clarify Time to Answer Complaint [16] is granted. Answer to complaint due 12/30/2009. MOTION by Defendant Black River Finance LLC for reconsideration of the Bankruptcy Court's Denial of Black River's Motion to Dismiss the Complaint [14] is denied for the reasons stated in open court.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.